# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

PEDRO SOTO,

        Appellant

    v.

COMMONWEALTH OF PENNSYLVANIA,
PENNSYLVANIA BOARD OF
PROBATION AND PAROLE,

        Appellee

: No. 34 EAP 2018
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of January, 2019, the Application for Summary Relief is GRANTED.  The Order of the Commonwealth Court is AFFIRMED.